## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

**JOSE ANTONIO MORALES NIEVES,**
*et al.*

**CRIMINAL ACTION**

No. 25-460

### CLARIFICATION REGARDING ORDER OF NOVEMBER 18, 2025

**AND NOW**, this 19th day of November, 2025, it is **ORDERED** that defense counsel other than Ms. Grasso need not attend the hearing on December 2, 2025. I will hear status updates at the hearing from the United States and the discovery coordinator, along with the translation coordinator and FDC representative.

BY THE COURT:

*s/ Catherine Henry*
**CATHERINE HENRY, J.**